IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **RICK BOHLMAN,** | 3:11-CV-00581-BR |
| **Plaintiff,** | **JUDGMENT OF REMAND** |
| v. | |
| **MICHAEL ASTRUE,**<br>**Commissioner of Social**<br>**Security,** | |
| **Defendant.** | |

Based on the Court's Opinion and Order (#18) issued on May 29, 2012, the Court hereby **REMANDS** this matter to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for the immediate calculation and payment of benefits.

IT IS SO ORDERED.

DATED this 30th day of May, 2012.

/s/ Anna J. Brown
_____
ANNA J. BROWN
United States District Judge

JUDGMENT OF REMAND